July 02, 2004

Mr. J. Mitchell Smith
Germer Gertz, L.L.P.
P.O. Box 4915
Beaumont, TX 77704
Mr. Garland Keith Grady
Grady Schneider & Newman, L.L.P.
801 Congress Avenue, 4th Floor
Houston, TX 77002

RE: Case Number: 03-0179
 Court of Appeals Number: 01-03-00001-CV
 Trial Court Number: 1998-43922

Style: IN RE KANSAS CITY SOUTHERN INDUSTRIES, INC.

Dear Counsel:

 Today the Supreme Court of Texas denied the petition for writ of
mandamus and delivered the enclosed opinions in the above referenced cause.

 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Charles Bacarisse |
| |Ms. Margie Thompson |
| |Honorable Martha Hill |
| |Jamison |